IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
SULYAMAN AL ISLAM WASALAAM,    )
                               )
        Plaintiff,             )
                               )
   v.                          )         1:16CV1068
                               )
DETECTIVE CHRIST YOUNG,        )
et al.,                        )
                               )
        Defendant(s).          )
```

**ORDER**

On August 23, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) Plaintiff timely filed objections (Doc. 5) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 2) be, and is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 28th day of September, 2016.

                           /s/ William L. Osteen, Jr.
                      _____
                           United States District Judge